*Electronically Filed*
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-cv-3

ASHLYNN BARD et. al.                                                                                    PLAINTIFFS

v.

H&J RESTAURANTS, LLC et. al.                                                                   DEFENDANTS

_____

**AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

By agreement of the parties, having reached the terms of a settlement of all claims asserted by all Plaintiffs, the Court enters the following order:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above styled action, including all claims asserted or which could have been asserted by any Plaintiff against any Defendant are hereby **DISMISSED** with prejudice. This is a final and appealable order, there being no just cause for delay in its entry.

cc Counsel of Record

**AGREED TO:**

/s/ Edwin A. Jones (with permission)
Edwin A. Jones
BOEHL STOPHER & GRAVES
410 Broadway
Paducah, Kentucky 42001

Counsel for Plaintiffs


/s/ David L Kelly
David L. Kelly
KEULER KELLY HUTCHINS
BLANKENSHIP & SIGLER LLP
100 South 4th Street, Suite 400
Paducah, Kentucky 42001

Counsel for Defendants