*Electronically Filed*
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-cv-3

ASHLYNN BARD et. al.                                                                                       PLAINTIFFS

v.

H&J RESTAURANTS, LLC et. al.                                                                      DEFENDANTS

### AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of the parties, having reached the terms of a settlement of all claims asserted by all Plaintiffs, the Court enters the following order:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above styled action, including all claims asserted or which could have been asserted by any Plaintiff against any Defendant are hereby **DISMISSED** with prejudice. This is a final and appealable order, there being no just cause for delay in its entry.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

September 14, 2022

cc Counsel of Record

1